**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

**EXHIBIT "1"**

# MAR-GEN

Mar-Gen Sales Co., Inc.
PO Box 6070
Nogales AZ 85628
520-761-4300

# INVOICE

Invoice #: 12508
Invoice: 10/05 2007
Ship: 10/05 2007
Pay Terms: PACA

Sold To: Fresh Choice Produce, LLC
P.O. Box 69
Wood Dale IL 60191-0069

Ship To: Fresh Choice Produce, LLC
P.O. Box 69
Wood Dale IL 60191-0069

Page 1 of 1

Sale Terms: FOB
Order: 10/05 2007
Cust PO: 10731

Salesperson: Danny Romero
Via:
Currency: USD

Carrier:
Trailer lic:     St:
Broker:

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Vine Ripe Tomato 2 layer 3x4 | 176 | ctn | 11.85 | 2,085.60 |
| Vine Ripe Tomato 2 layer 4x4 | 792 | ctn | 11.85 | 9,385.20 |
| Vine Ripe Tomato 2 layer 4x5 | 704 | ctn | 11.85 | 8,342.40 |
| Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1672 | | | 19,836.70 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery.

IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THERBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.

No discounts or Allowances will be accepted without pre-approval by Mar-Gen Sales Co., Inc.

"A FINANCE CHARGE calculated at the rate of 1 ½ % PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS."

All Sales FOB no grade contract. Good delivery standards apply.

In no event shall the price for any tomatoes accepted fall below the reference price of $0.2169 per pound FOB Nogales ("Reference price") established by the December 4, 2002 Suspension Agreement signed by the grower/exporter of these tomatoes.