**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

**EXHIBIT "2"**

# COHEN & KROL
ATTORNEYS AT LAW
105 WEST MADISON STREET
SUITE 1100
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)

JOSEPH E. COHEN
GINA B. KROL

LAKE COUNTY OFFICE

20 NORTH MARTIN LUTHER KING DR.
WAUKEGAN, ILLINOIS 60085
TELEPHONE (847) 249-4144

November 3, 2007

To All Known Creditors of:

**FRESH CHOICE PRODUCE LLC**, an Illinois Limited Liability Company
140 Florina Court
Wood Dale, Illinois 60191

## NOTIFICATION OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS

Gentlemen:

**FRESH CHOICE PRODUCE LLC**, an Illinois Limited Liability Company, ("Fresh Choice") has been operating as a produce broker for approximately 2 years. During the past year, Fresh Choice has incurred substantial debt which it is unable to repay. After several meetings, the principals of Fresh Choice found that they could no longer meet their obligations as they became due. After conferring with their attorneys, Fresh Choice decided to execute an Assignment For The Benefit Of Creditors to the undersigned, JOSEPH E. COHEN on or about November 2, 2007. It is now the fiduciary responsibility of JOSEPH E. COHEN, as Assignee, to liquidate the assets of the corporation and distribute the proceeds according to the priorities established by law.

Fresh Choice has furnished the following financial information to the Assignee. The financial information listed below is without audit or verification.

**ASSETS**

| | |
|---|---|
| Cash in bank | $2,000.00 |
| Accounts receivable | $65,000.00 |
| Equipment, office supplies | $3,000.00 |
| | $70,000.00 |

## LIABILITIES

Accounts payable                    $352,044.21

Secured debt
                                    $100,000.00

                                    $452,044.21

All of the above listed assets, are fully secured by Union National Bank, an Illinois banking corporation, in the approximate amount of $100,000.00.

You will find enclosed with this Notice an Affidavit of Claim and request that you immediately execute and return same to the assignee at the address listed above. As soon as the sale results are known, a report will be mailed to all creditors. The Assignee will take all steps necessary to maximize the recovery to all creditors.

Very truly yours,

*[signature]*

JOSEPH E. COHEN, Assignee

JEC/pm

## AFFIDAVIT OF CLAIM
## FOR FRESH CHOICE PRODUCE LLC

RE: Fresh Choice
140 Florina Court
Wood Dale, Illinois 60191

We, the undersigned, a creditor of Fresh Choice Produce LLC, do hereby file our claim in the amount of $_____.

_____
(Name of Company)

_____
(Address)

_____
(City) (State)   (Zip Code)

BY: _____
(Title and Signature of Officer)

DATE: _____

PLEASE ATTACH STATEMENT OF ACCOUNT AND MAIL TO THE FOLLOWING:

JOSEPH E. COHEN, Assignee
105 West Madison Street
Suite 1100
Chicago, IL 60602