FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1345

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS

In the Matter of

MAR-GEN SALES CO., INC.
v.
JOSEPH E. COHEN, Assignee for
FRESH CHOICE PRODUCE, LLC

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAR-GEN SALES CO., INC.

J. N.

| | |
|---|---|
| NAME (Type or print) <br> Mary Jean Fassett | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mary Jean Fassett | |
| FIRM <br> McCarron & Diess | |
| STREET ADDRESS <br> 4900 Massachusetts Avenue, NW, Suite 310 | |
| CITY/STATE/ZIP <br> Washington, DC 20016 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 9078552 | TELEPHONE NUMBER <br> 202-364-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |