**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1345**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

In the Matter of

MAR-GEN SALES CO., INC.
v.
JOSEPH E. COHEN, Assignee for
FRESH CHOICE PRODUCE, LLC, et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAR-GEN SALES CO., INC.     **J. N.**

| | |
|---|---|
| NAME (Type or print) <br> William B. Kohn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William B. Kohn | |
| FIRM <br> Law Offices of William B. Kohn | |
| STREET ADDRESS <br> 150 N. Wacker Drive, Ste. 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6196142 | TELEPHONE NUMBER <br> 312-553-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |