# United States District Court for the Northern District of Illinois

Case Number: 08V1345           Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL         Designated Magistrate Judge: KEYS

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 2590836

Date Payment Rec'd: 3-6-08                    Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____

[ ] Citation to Discover Assets           (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

3 Original and 0 copies on 3-6-08 as to JOSEPH E. COHEN;
                        (Date)
JACK SEAMANS; MARIA SEAMANS

---

C:\wpwin80\docket\feeinfo.frm    03/14/05