IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAR-GEN SALES CO., INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No:08C1345 |
| | : Judge Gottschall |
| JOSEPH E. COHEN, Assignee for | : Magistrate Judge Keys |
| FRESH CHOICE PRODUCE, LLC, et al., | : |
| | : |
| Defendants | : |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Mar-Gen Sales Co., Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 12th day of March, 2008            Respectfully submitted,


McCARRON & DIESS            LAW OFFICES OF WILLIAM B. KOHN

By:s/ Mary Jean Fassett            By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552            William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.            150 N. Wacker Drive
    Suite 18            Suite 1400
    Washington, DC 20016            Chicago, Illinois 60606
    (202) 364-0400            (312) 553-1200

                                            Attorneys for Plaintiff

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system this 12th day of March, 2008, to all counsel of record.

                                              s/ Mary Jean Fassett
                                              Mary Jean Fassett