AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MAR-GEN SALES CO., INC.

V.

JOSEPH E. COHEN, Assignee for
Fresh Choice Produce, LLC, et al.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 08 C 1345

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Joseph E. Cohen, Assignee for
Fresh Choice Produce, LLC
105 W. Madison Street, Ste. 1100
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**March 6, 2008**

Date

08 C 1345

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** March 12, 2008 |
| NAME OF SERVER *(PRINT)*  Jerry Brown | **TITLE** Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  Joseph E. Cohen, Assignee for Fresh Choice Produce,
LLC-service was accepted by Margaret Burau, assistant to
Joseph E. Cohen. at 105 W. Madison St., Chicago, Il. at 12:30p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 12, 2008         _Jerry Brown_____
                Date                    *Signature of Server*


9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.