AO 440 (Rev. 05/00) Summons in a Civil Action

═══════════════════════════════════════════════════

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MAR-GEN SALES CO., INC.

|  |  |
|---|---|
| CASE NUMBER: | **08 C 1345** |
| V. | ASSIGNED JUDGE: |
| JOSEPH E. COHEN, Assignee for Fresh Choice Produce, LLC, et al. | DESIGNATED MAGISTRATE JUDGE: |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Maria Seamans
136 Ellis Street S
Bensonville, IL 60106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

**March 6, 2008**

Date

08 C 1345

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE March 15, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)*   Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant. Place where served:  _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Jack Seamans was served for Maria Seamans at

Name of person with whom the summons and complaint were left: 140 Florina Ct., Wood Dale,Il.
at 8:25a.m.

**G**  Returned unexecuted:  _____

_____

_____

**G**  Other (specify):  _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 15, 2008 _____
           Date                        *Signature of Server*

9030 Lamon, skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.