IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAR-GEN SALES CO., INC. | : |
| Plaintiff | : |
| v. | : Civil Action No:08C1345 |
| | : Judge Gottschall |
| JOSEPH E. COHEN, Assignee for | : Magistrate Judge Keys |
| FRESH CHOICE PRODUCE, LLC, et al., | : |
| Defendants | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Mar-Gen Sales Co., Inc., by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action as to all defendants.

Dated this 5th day of June, 2008.

McCARRON & DIESS                         LAW OFFICES OF WILLIAM B. KOHN

By: s/ Mary Jean Fassett                 By: s/ William B. Kohn
    Mary Jean Fassett, ID#9078552            William B. Kohn
    4900 Massachusetts Ave., N.W.            150 N. Wacker Drive
    Suite 310                                Suite 1400
    Washington, DC 20016                     Chicago, Illinois 60606
    (202) 364-0400                           (312) 553-1200

                                             Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via first-class mail, postage prepaid, this 5th day of June, 2008, to the following:

| | |
|---|---|
| Joseph E. Cohen, Assignee<br>Fresh Choice Produce, LLC<br>105 W. Madison Street<br>Suite 1100<br>Chicago, Illinois 60602 | Jack Seamans<br>Maria Seamans<br>140 Florina Court<br>Wood Dale, Illinois 60191 |
| Joel Schecter, Esq.<br>Suite 1025<br>53 W. Jackson Blvd.<br>Chicago, Illinois 60604 | |

s/ Mary Jean Fassett
Mary Jean Fassett