# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mar–Gen Sales Co, Inc.

                              Plaintiff,

v.                                              Case No.: 1:08–cv–01345
                                                Honorable Joan B. Gottschall

Joseph E. Cohen, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Notice of
Voluntary Dismissal [14] filed 6/5/08, this case is voluntarily dismissed as to all
defendants. Status hearing set for 6/25/2008 is stricken. Civil case terminated. Mailed
notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.